Squire, Sanders & Dempsey L.L.P.
Mark C. Dosker (State Bar # 114789)
Joseph A. Meckes (State Bar # 190279)
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:   +1.415.954.0200
Facsimile:    +1.415.393.9887
Email:         MDosker@ssd.com
Email:         JMeckes@ssd.com

Attorneys for Defendant
M.E. HEUCK CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIP VENTURES LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>     vs.<br><br>M.E. HEUCK CO., an Ohio corporation,<br><br>                    Defendant. | Case No.  CV 10-03456 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO SET ASIDE DEFAULT** |

1   WHEREAS, Plaintiff filed the Complaint in this Action on August 6, 2010;

2   WHEREAS, on September 22, 2010, Plaintiff submitted a Certificate of Service (Dkt. 7) in which Plaintiff's process server states that he personally served the Summons and Complaint on Defendant's agent for service of process on August 27, 2010;

WHEREAS, on September 22, 2010, Plaintiff filed a Motion for Entry of Default (Dkt. 8), and the Clerk subsequently entered default against Defendant on October 1, 2010 (Dkt. 11);

WHEREAS, Defendant contends that its agent was not, in fact, served with process, and that it only learned of the existence of this Action after Plaintiff had moved for entry of default;

WHEREAS, the parties dispute whether Service of Process occurred as required under the Federal Rules of Civil Procedure;

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate as follows:

1.   The Default entered by the Clerk on October 1, 2010 be set aside, and

2.   The Summons and Complaint in this Action are deemed served on October 12, 2010 such that Defendant's Answer or other response as permitted under the Federal Rules of Civil Procedure shall be due on November 2, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  October 13, 2010          OWENS TARABICHI LLP

By:_____/s/_____
        Bruno W. Tarabichi

Attorneys for Plaintiff
CLIP VENTURES LLC

Dated:  October 13, 2010          SQUIRE, SANDERS & DEMPSEY, L.L.P.

By: _____/s/_____
        Joseph A. Meckes

Attorneys for Defendant
M.E. HEUCK, INC.

**ORDER**

Pursuant to the parties' Stipulation, the default entered by the Clerk on October 1, 2010 (Dkt. 11) is set aside. The Complaint shall be deemed served on October 12, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 15, 2010

_____
MAXINE M. CHESNEY
United States District Judge