| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Squire, Sanders & Dempsey L.L.P.<br>Mark C. Dosker (State Bar # 114789)<br>Joseph A. Meckes (State Bar # 190279)<br>275 Battery Street, 26th Floor<br>San Francisco, CA 94111<br>Telephone: +1.415.954.0200<br>Facsimile: +1.415.393.9887<br>Email: MDosker@ssd.com<br>Email: JMeckes@ssd.com |
| 6<br>7 | Attorneys for Defendant<br>M.E. HEUCK CO. |

**RECEIVED**

2010 OCT 22 P 2: 33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIP VENTURES LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>M.E. HEUCK CO., an Ohio corporation,<br><br>Defendant. | Case No. CV 10-03456 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF THOMAS P. GLASS FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>[ Civil Local Rule 11-3 ] |

1  Thomas P. Glass, an active member in good standing of the Bars of Ohio and Kentucky
2  and the courts of those States, and also the United States District Courts for the Southern District
3  of Ohio, the Eastern District of Kentucky, and the United States Court of Appeals for the Sixth
4  Circuit, whose business address and telephone number is Strauss & Troy, The Federal Reserve
5  Building, 150 East Fourth Street, Cincinnati, Ohio 45202, (513) 629-9476, having applied in the
6  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
7  *vice* basis, representing M.E. Heuck Co.:

8  IT IS HEREBY ORDERED THAT the application is granted subject to the terms and
9  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate his appearance
10 *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party.

13 Dated: October 26, 2010

_____
Honorable Maxine M. Chesney
United States District Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California 94111

- 2 -

[Proposed] Order Granting Application Of
For Admission Of Attorney *Pro Hac Vice*